■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY SMITH, Appellant. [714 NYS2d 914] —Judgment unanimously affirmed. Memorandum: Defendant's contention that

the conviction is not supported by legally sufficient evidence is not preserved for our review because defendant made only a general motion to dismiss at the close of the People's case (*see, People v Gray*, 86 NY2d 10, 19). The verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Supreme Court, Monroe County, Lunn, J.—Burglary, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.